UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:  IRVING J. PINSKY  :  CIVIL ACTION NO. 3:01 GP 13(AWT)

## APPLICATION FOR REINSTATEMENT

Pursuant to Local Rule 83.2i, the Respondent respectfully moves for reinstatement or readmission to the United States District Court for the District of Connecticut for the following reasons:

1. My period of suspension is over.

2. I have sucessfully fulfilled all of the conditions imposed on me as part of my discipline, in that I have taken and passed the Multistate Professional Responsibility Examination (MPRE) and have taken and completed one continuing legal education class in professional responsibility.

3. I am in all respects a fit candidate for reinstatement.

4. In support of this application the following documents are attached and made a part hereof:

    a. Uniform Certificate of Attendance

    b. Examinee's Report of Scores of the National Conference of Bar Examiners

    c. Notice of the Superior Court of the State of Connecticut attesting to the fact that Respondent's Application for Reinstatement to the Connecticut bar was granted by unanimous vote on December 15, 2006.

5. The Respondent has not previously applied for reinstatement or readmission.

**NOW THEREFORE,** the Respondent respectfully moves for reinstatement or readmission to the bar of the United Sates District Court for the State of Connecticut.

Dated at New Haven, Connecticut this 3rd day of August, 2007.

THE RESPONDENT

_____
Irving J. Pinsky
Appearing Pro Se
114 Sherman Avenue
New Haven, CT 06511

I, Irving J. Pinsky, having been duly sworn, hereby state under oath that I have successfully fulfilled all of the conditions imposed on me as part of my discipline in that I have taken and passed the Multistate Professional Responsibility Examination (MPRE) and have completed one continuing legal education class in professional responsibility.

_____
IRVING P. PINSKY

Subscribed and sworn to this 3rd day of August, 2007, before me.

_____
Irene L. Agostini
Notary Public
C/E: 11-30-07

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this 3rd day of August, 2007, to:

James T. Shearin, Esquire
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

                                      THE RESPONDENT

                                      Irving J. Pinsky
                                      Appearing Pro Se
                                      114 Sherman Avenue
                                      New Haven, CT 06511
                                      (203) 624-3175

(Ed. Note - This form cannot be used in Minnesota; see the following two pages for Minnesota's form.)

## UNIFORM CERTIFICATE OF ATTENDANCE

This certificate should be filed with the appropriate MCLE Board(s) or Commission(s) within 30 days of activity.

**CONNECTICUT, CALIFORNIA, NEW YORK** and **OREGON** attorneys should keep this form for their records.

**Sponsor:** CT Bar Institute, Inc. and Committee on Professional Ethics

**Activity Title:** Legal Ethics 2004: Understanding Evolving Rules and Avoiding Malpractice Minefields

**Date:** Thursday, May 6, 2004

**Location:** CBA Law Center, New Britain

**Activity Number:** ET050604
(for those states designating seminar numbers)

**Transitional Credits** __X__  **Nontransitional Credits** _____  **Appropriate for Both** _____

This program has been approved for a total of __2.75__ CLE credit hours based on 60-minute hour

_____ CLE credit hours based on 50-minute hour

Of this total  _____ Skills   __2.75__ CLE credit hour(s) of this program is/are devoted to instruction in ethics

_____ Professional Practice   _____ Law Practice Management

Reminder: Introductory remarks, keynote addresses, business meetings breaks, receptions, etc., are not to be included in the computation of credit.

### TO BE COMPLETED BY ATTORNEY

By signing below, I certify that I ☐ attended the program ☐ listened to the audio tapes and read the materials describe above and am entitled to claim __3__ CLE credit hours, including __3__ Ethics credits.

__Irving J. Pinsky__
Attorney Name (Print)

Signature: [signed]

__101271 CT Juris__
Membership Registration or Supreme Court Number

Date: __5/5/04__

**NOTE:** If you are required to report to more than one state, complete a form for each state.

__CT__
State where credits are to be registered

When Required Complete the Following:

Acknowledged by: [signed] _Lea Monacca_
Sponsor Representative



# NATIONAL CONFERENCE OF BAR EXAMINERS
MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION

## EXAMINEE'S REPORT OF SCORES

Please review carefully all information printed below. If any data are incorrect or incomplete, contact the board of bar examiners in the jurisdiction to which your scores were reported.

| RAW SCORE | SCALED SCORE | TEST DATE | SOCIAL SECURITY NUMBER* |
|---|---|---|---|
| 41 | 115 | 03/13/04 | 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 |

* If you did not indicate a Social Security number on your answer sheet, an identification number was assigned to your record for processing purposes.

PINSKY, IRVING J
114 SHERMAN AVE
NEW HAVEN, CT   06511

Your scores (shown above) were reported to the following jurisdiction as you requested in Block J of your answer sheet:

### CONNECTICUT

Each jurisdiction has the authority to determine its own passing score.

## EXPLANATION OF SCORES

Your **RAW SCORE** is the number of test questions that you answered correctly in the examination. The lowest possible raw score is 0; the highest is 50.

**SCALED SCORES** are standard scores that range from 50 (low) to 150 (high). Originally, the mean (average) scaled score was established at 100. The conversion of raw scores to scaled scores involves a statistical process that adjusts for variations in difficulty of different forms of the examination so that any particular scaled score will represent the same level of proficiency from test to test. For instance, if this test were more difficult than previous forms, then your scaled score would be adjusted upward to account for this difference. If this test were easier than previous forms, then your scaled score would be adjusted downward to account for this difference. The purpose of these adjustments is to help ensure that no examinee is unfairly penalized (or rewarded) for taking a harder (or easier) form of the test.

## ADDITIONAL SCORE REPORT REQUESTS

If, after the examination, you decide that you would like to have your scores sent to one or more boards of bar examiners in addition to the jurisdiction you indicated on your answer sheet, you may do so by writing to the address below. Your request should include your name, address, Social Security number, date of birth, test date, your signature, and each board of bar examiners you wish to receive a copy of your scores. Enclose $15.00 for each board of bar examiners you request.

Duplicate score reports may also be requested by following this procedure.

## REQUESTS FOR RECHECKING OF ANSWER SHEETS

A request to have your answer sheet rechecked must be received within three months of the original test date. The request must be in writing and should include your name, Social Security number, date of birth, test date, and your signature, and should be sent to the address below.

033104 10113390

Multistate Professional Responsibility Examination
Records Department
P.O. Box 451, Iowa City, Iowa 52243
Telephone: (319) 337-1304

```
STATEWIDE GRIEVANCE         VS.
PINSKY, IRVING J                  NNH-CV-01-0452000S

NOTICE OF DECISION RE: MOTION OR OBJECTION

121: APPLICATION FOR REINSTATEMENT.

    ORDERED: GRANTED BY UNANIMOUS VOTE.


                              BY THE COURT (LAGER, J.)
                                         (JONES, J.)
                                         (CORRADINO, J.)

    (JDNO 06)         DATE: 12/15/06

                                    IRVING J PINSKY
                                    114 SHERMAN AVENUE
                                    NEW HAVEN, CT      06511

SUPERIOR COURT
235 CHURCH STREET
NEW HAVEN, CONNECTICUT    06510


DATED: DEC 15, 2006
NNH
```