UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: IRVING J. PINSKY  :  CIVIL ACTION NO. 3:01 GP 13(AWT)

**SUPPLEMENT TO APPLICATION FOR REINSTATEMENT**

On or about August 3, 2007 the Respondent herein submitted an Application for Reinstatement or Readmission to the United States District Court for the District of Connecticut together with an Affidavit pursuant to Local Rule 83.21.

In further compliance with said Rule and in support of said Application, the Respondent hereby submits a Certificate of Good Standing from the Statewide Grievance Committee of the State of Connecticut Judicial Branch signed by Statewide Bar Counsel Michael P. Bowler dated September 27, 2007.

LAW OFFICE • IRVING PINSKY, P.C.
114 SHERMAN AVENUE • NEW HAVEN, CT 06511
(203) 624-3175 • JURIS NO. 419163

**NOW THEREFORE,** the Respondent respectfully moves for reinstatement or readmission to the Bar of the United States District Court for the District of Connecticut.

Dated at New Haven, Connecticut this 1st day of October, 2007.

LAW OFFICE • IRVING PINSKY, P.C.
114 SHERMAN AVENUE • NEW HAVEN, CT 06511
(203) 624-3175 • JURIS NO. 419163

THE RESPONDENT

_____
Irving J. Pinsky
Appearing Pro Se
114 Sherman Avenue
New Haven, CT 06511
Telephone: (203) 624-3175

**CERTIFICATION**

This is to certify that a copy of the foregoing Supplement to Application for Reinstatement together with a copy of the Certificate of Good Standing appended thereto has been mailed, postage pre-paid, this 1st day of October, 2007, to:

James T. Shearin, Esquire
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

THE RESPONDENT

_____
Irving J. Pinsky
Appearing Pro Se
114 Sherman Avenue
New Haven, CT 06511
Telephone: (203) 624-3175

*LAW OFFICE • IRVING PINSKY, P.C.*
114 SHERMAN AVENUE • NEW HAVEN, CT 06511
(203) 624-3175 • JURIS NO. 419163

STATE OF CONNECTICUT
JUDICIAL BRANCH

*www.jud.ct.gov*



**STATEWIDE GRIEVANCE COMMITTEE**
Second Floor - Suite Two
287 Main Street, East Hartford, CT 06118-1885

**Michael P. Bowler**
**Statewide Bar Counsel**

I,   Michael P. Bowler,   Statewide Bar Counsel   , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *IRVING J. PINSKY*

*of*

## *NEW HAVEN, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since May 19, 1981.

*Michael P. Bowler, Statewide Bar Counsel*
*September 27, 2007*

JDBARCERT, NEW 3/03